AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Edeogochineme AGBUGBA<br><br>*Defendant(s)* | Case No. **14-2241SAG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 17, 2014__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute a controlled substance, to wit: heroin. |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a controlled substance, to wit: heroin. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

G. Paul Samoska S/A HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 6, 2014

_____
*Judge's signature*

City and state: Baltimore, Maryland    The Honorable Stephanie A. Gallagher
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

**14-2241SAG**

I, G. Paul Samoska, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am currently employed as a Special Agent with Homeland Security Investigations (HSI) since July 2011 and am currently assigned to the High Intensity Drug Trafficking Area, HIDTA, Airport/Seaport Initiative Group. Prior to employment with HSI, I was a Special Agent with the Internal Revenue Service Criminal Investigation Division (IRS-CID) for approximately three years. Prior to IRS-CID, I was a Special Agent with the United States Secret Service (USSS) for approximately five years. I have attended and completed the Criminal Investigator Training Program at Glynco, GA, as well as academies for HSI, IRS-CID, and USSS. I have personally conducted and participated in numerous investigations involving criminal activity including but not limited to controlled substance offenses, firearms violations, money laundering, structuring, check fraud, credit card fraud, and identity theft. I have participated in the arrest of numerous persons for offenses involving controlled substance offenses, firearms violations, money laundering, structuring, check fraud, credit card fraud, and identity theft. I have also authored and/or executed numerous search and seizure warrants relating to controlled substance offenses, firearms violations, money laundering, structuring, check fraud, credit card fraud, and identity theft.

2. I have attended and completed several advanced specialized courses on financial activities of drug traffickers, specifically on money laundering and structuring of financial proceeds. Through training and interviews of persons arrested for drug related offenses, I am familiar with the actions, traits, habits, and terminology used by drug traffickers. I have also participated in hundreds of hours of surveillance of suspected drug traffickers.

3. The information contained in this affidavit came from my own participation in the inquiry described herein, as well as from other law enforcement officers and other third parties.

4. This affidavit is submitted in support of a criminal complaint charging Edeogochineme **AGBUGBA** with violations of 21 U.S.C. § 846 (conspiracy to distribute and possess with intent to distribute controlled substance, to wit: heroin) and 21 U.S.C. § 841(a)(1) (possession with intent to distribute controlled substance, to wit: heroin).

5. Since this affidavit is being submitted for the purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that during an unknown period of time beginning prior to and leading up to and including June 17, 2014, Edeogochineme **AGBUGBA** committed acts in violation of the aforementioned Sections of the United States Code.

## PROBABLE CAUSE

6. On June 15, 2014, United States Customs and Border Protection (CBP) Officers at JFK Airport in New York conducted an enforcement examination of inbound express mail from India pursuant to Title 19 of the United States Code. During the course of this examination, a parcel bearing the Express Mail # EM081319110IN was searched and found to contain a tan powder secreted within the seams of a dress. The substance was subsequently field tested using a narcotics kit and found to be 156 grams of heroin.

7. The parcel listed a destination address of Tosom LTD, 2331 Monument Street, Baltimore, Maryland. The parcel listed a return address of No. 84 Mumbra Masdi, Navi Mumbai, India.

8. On June 17, 2014, HSI Special Agents, United States Postal Inspectors, and detectives with the Maryland Anti-Drug Task Force (MADTF) conducted a controlled delivery of the above mentioned package to 2331 Monument Street, Baltimore, Maryland. At approximately 1:10 pm the package was delivered to the storefront at 2331 Monument Street and accepted by Edeogochineme **AGBUGBA**. Shortly after the delivery, investigators entered the business and found **AGBUGBA** in possession of the package. **AGBUGBA** was placed under arrest for violations of Maryland State narcotics laws and advised of his Miranda rights.

9. On June 17, 2014, I interviewed **AGBUGBA** about the package of heroin. **AGBUGBA** stated that approximately three months ago an individual he knows as "Kalo" approached him and asked him if he would receive packages at a storefront that **AGBUGBA** rented. Kalo told **AGBUGBA** that he would pay **AGBUGBA** $200 for every package that came to **AGBUGBA**'s store and that Kalo would contact him via telephone when they arrived. Kalo then asked **AGBUGBA** what his Facebook user ID was, and **AGBUGBA** told Kalo it was "Ogo.Ede".

10. Soon after giving his Facebook information to Kalo, **AGBUGBA** was contacted via Facebook messaging by an individual who listed his name as "Okey SIMA". SIMA told **AGBUGBA** that at some point packages would be coming to him from India, and he would provide him the tracking information. **AGBUGBA** stated that approximately two months prior to June 17, 2014, Kalo had retrieved a package that was delivered to **AGBUGBA**'s store. Kalo had paid **AGBUGBA** $200 for that package.

11. **AGBUGBA** then gave consent for investigators to search his cellular telephone. Upon activating his phone, I noticed that the Facebook messaging application was open to a message string with a user listed as Okey SIMA. I then viewed the following messages:

3

| | |
|---|---|
| June 8, 2014, SIMA to **AGBUGBA**: | "Tosom ltd 2331 monument st baltimore md21205 Phone 4439836918" |
| June 8, 2014, SIMA to **AGBUGBA**: | "Comfarm this address fot me" |
| June 8, 2014, **AGBUGBA** to SIMA: | "Yes" |
| June 12, 2014, SIMA to **AGBUGBA**: | "Em081319110in"[1] |
| June 14, 2014, SIMA to **AGBUGBA**: | "And get ready for the coming goods" |
| June 16, 2014, SIMA to **AGBUGBA**: | "be ready thy will come today" |

12. Based on my training and experience, your affiant believes that the aforementioned Facebook messages between **AGBUGBA** and the Facebook.com username Okey Sima are for the purpose of discussing the shipping of the package of heroin from India to the Baltimore, Maryland area

## CONCLUSION

13. Based upon the foregoing, your affiant respectfully submits that this affidavit supports probable cause for the issuance of a complaint and arrest warrant for Edeogochineme **AGBUGBA** for violations of Title 21, United States Code Section 846 (conspiracy to distribute and possess with intent to distribute controlled substance, to wit: heroin) and Section 841(a)(1) (possession with intent to distribute controlled substance, to wit: heroin).

Respectfully submitted,

G. Paul Samoska
Special Agent, HSI

Subscribed and sworn to before
me on: October 6, 2014

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

---

[1] Known to your affiant as the tracking number for the package found to contain 156 grams of heroin.

4